FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT - 5 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

Richard and Cynthia Shepherd
2992 Lorayne J Blvd.
Kennewick, WA 99338
*Pro Se* Plaintiffs

Leslie R. Weatherhead
Ryan M. Beaudoin
Witherspoon, Kelley, Davenport & Toole, P.S.
1100 U.S. Bank Building
422 West Riverside Avenue
Spokane, WA 99201-0302
Phone: (509) 624-5265
Fax: (509) 458-2717
   Attorneys for Defendant,
   Citibank (South Dakota), N.A.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| Richard A. Shepherd and Cynthia A. Shepherd, Plaintiffs, v. Citibank (South Dakota), N.A. Defendant. | Case No. CV-04-5103-AAM<br><br>ORDER OF DISMISSAL |
|---|---|

The Court, having reviewed the Stipulated Motion for Dismissal and the memorandum filed in support thereof, finds that the motion should be granted.

Therefore, it is hereby **ORDERED, ADJUDGED and DECREED** that Plaintiffs' claims is dismissed with prejudice and that Defendant's claim is dismissed with prejudice.  The

ORDER OF DISMISSAL - Page 1

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELING
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON
(509) 624-5265

Court further orders that neither party shall recover an award of costs or fees.

**DONE IN OPEN COURT** this 5 day of October, 2005.

_____
Honorable Alan A. McDonald
U.S. District Court Judge

(PROPOSED) ORDER OF DISMISSAL - Page 2

WITHERSPOON, KELLEY, DAVENPORT & TOOLE, P.S.
A PROFESSIONAL SERVICE CORPORATION
ATTORNEYS & COUNSELING
1100 U.S. BANK BUILDING
422 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON
(509) 624-5265